**Order entered December 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01454-CV

### JOHNNY PAUL RIVERS, Appellant

### V.

### DALLAS COUNTY, ET AL., Appellees

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. TX-13-50088

## ORDER

Before the Court is appellant's December 15, 2014 pro se motion for an extension of time to file a brief. In his motion, appellant states that his brief was due on December 12, 2014. This is incorrect. Appellant's brief is due January 14, 2015. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** appellant's motion as premature.

/s/    ELIZABETH LANG-MIERS
JUSTICE